BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) CASE NO. 2:11-CR-00047 LKK
)
              Plaintiff, )
) **ORDER SETTING CHANGE OF PLEA**
v. )
)
ROBERT CURTIS BAUER, )
)
              Defendant. )
)
_____ )

    The parties appeared before the Court on Tuesday, October 10, 2012, in case number 2:11-CR-00047 LKK. At that time, the parties asked the Court to set the matter for a change of plea on October 30, 2012. The parties also asked that the trial set to begin on October 30, 2012, be vacated.

    Due to defense counsel's need to prepare, the Court found that the time beginning October 10, 2010, and extending through October 30, 2010, was excluded from the calculation of time under the Speedy Trial Act. The exclusion of time is appropriate due to defense counsel's need to prepare, and for continuity of counsel. The additional time is necessary to ensure defense counsel's effective

```
 1  preparation, taking into account the exercise of due diligence.  18
 2  U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.
 3          ACCORDINGLY, it is hereby ordered that the trial set for
 4  October 30, 2012, be vacated, and that the matter case be set for a
 5  change of plea on October 30, 2012, at 9:15 a.m.  In addition, it is
 6  ordered that the time beginning October 10, 2012, and extending
 7  through October 30, 2012, be excluded from the calculation of time
 8  under the Speedy Trial Act.  The Court finds that the interests of
 9  justice served by granting this continuance outweigh the best
10  interests of the public and the defendant in a speedy trial.  18
11  U.S.C. § 3161(h)(7)(A).
12          IT IS SO ORDERED.
13  Dated: October 15, 2012
```

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT