Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant
ROBERT BAUER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BAUER,<br><br>Defendant. | Case No. 2:11-CR-00047-LKK<br><br>**STIPULATION AND ORDER** |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and defendant, Robert Bauer, through his counsel, Kresta Daly, that the status conference set for January 15, 2013 be vacated. The parties request a new status conference for February 5, 2013.

The defense has spent many, many months investigating Mr. Bauer's mental health status. The defense has submitted some of the information it has obtained to the government. The defense expects to submit additional information to the government in the coming days.

Additionally the defense has provided mitigating evidence to the government. The government is in the process of considering the weight of this mitigating evidence.

All parties believe the above-referenced evidence will have a significant impact on plea negotiations. The parties believe this case will resolve once the government has received and had time to consider the defense evidence.

{00007609}

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel. The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

Dated: January 9, 2013    Respectfully submitted,

BARTH TOZER & DALY LLP

By  /s/ Kresta Nora Daly
    KRESTA NORA DALY
    Attorneys for ROBERT BAUER

Dated: January 9, 2013    By  /s/ Kresta Nora Daly for
                              KYLE REARDON,
                              Assistant United States Attorney

## **ORDER**

For the reasons stipulated by the parties the status conference of January 15, 2013 is vacated. A status conference will be reset for February 5, 2013. The Court finds excludable time through February 5, 2013 under Title 18, United States Code Section (h)(7)(B)(iv) and Local Code T4 to allow for preparation and continuity of counsel. The Court finds that the interest of justice served by granting the request outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: January 11, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT