BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00047 LKK |
| Plaintiff, | |
| v. | **MOTION TO DISMISS INDICTMENT AND ORDER DISMISSING INDICTMENT** |
| ROBERT CURTIS BAUER, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing the indictment against defendant ROBERT CURTIS BAUER in the above-captioned matter.

On December 4, 2013, the defendant was sentenced in Placer County Superior Court for a violation of California Penal Code Section 311.11. Accordingly, federal prosecution is no longer warranted.

///

///

///

///

The United States also asks that the status conference set for December 10, 2013, be vacated.

DATED: December 6,2013

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kyle Reardon
KYLE REARDON
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )     CASE NO. 2:11-CR-00047 LKK
                                         )
        Plaintiff,                     )
                                         )
    v.                                   )     **ORDER**
                                         )
ROBERT CURTIS BAUER,                     )
                                         )
        Defendant.                     )
                                         )
_____  )

    The United States' motion to dismiss the pending indictment against defendant ROBERT CURTIS BAUER, in case number 2:11-CR-00047 LKK is granted. The status conference set for December 10, 1013, is hereby vacated.

Dated: December 9, 2013

 

 

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT